COLLEEN FASANO, an Infant, by SAMUEL FASANO, Her Parent, et al., Respondents, v. FRANK M. WASSI, an Infant, by JOHN W. WASSI, His Parent, et al., Defendants, and FRANK T. COONAN et al., Appellants. (Action No. 1.) FRANK M. WASSI, an Infant, by JOHN W. WASSI, His Parent, et al., Respondents, v. NEWBURGH MIRON LUMBER CORPORATION et al., Appellants. (Action No. 2.)

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.